PD-0120-15

PD-0120-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/2/2015 12:00:00 AM
Accepted 2/4/2015 10:22:48 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **JORGE GARCIA** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes JORGE GARCIA, Appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file a petition for discretionary review, and for good cause shows the following:

1.     On December 18, 2014, the Thirteenth Court of Appeals in Corpus Christi-Edinburg affirmed appellant's conviction and rendered its opinion and judgment in *JORGE GARCIA v. State*, Trial Court No. 98-CR-446-B. Court of Apeals No. 13-13-00547.  This petition is therefore due on January 20, 2014.

2.     Appellant requests an extension of time for file his petition for discretionary review of forty-five days, to March 6, 2015.  This is Appellant's first request for an extension of time in this case.

3.     Appellant relies on the following facts as reasonable explanation for the requested extension of time:  Counsel has been unable to complete the petition for the reason that Counsel has been laboring under an unusually heavy caseload

TRANSC:/RJWN/LP/Garcia.MotExtTime.CCA.wpd

and, having been retained by Appellant on January 16, 2015, has not had sufficient opportunity to complete and file the petition for discretionary review in this matter.

4. The undersigned has conferred with opposing counsel, who indicated there was no opposition to this request.

5. Defendant is currently not incarcerated an remains on out on bond.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 45 days, i.e. until March 6, 2015, to file a petition for discretionary review.

Respectfully submitted,

**LAW OFFICES OF**
**RICHARD J. W. NUNEZ, L.L.P.C.**
**144 E. Price Road**
**Brownsville, Texas 78521**
**Tel: (956) 541-8502**
**Fax: (956) 541-8623**


By:_/s/ Richard J. W. Nunez_____
  **Richard J. W. Nunez**
  **State Bar No. 15134600**
  **E-Mail: rjwnlaw@aol.com**
  **Attorney for JORGE GARCIA**

## CERTIFICATE OF SERVICE

This is to certify that on January 31, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Refugio County:

> **Hon. Rene Gonzalez**
> **Office of the Cameron County District Attorney**
> **Cameron County Courthouse**
> **973 E. Harrison Street**
> **Brownsville, Texas 78520**
> **Telecopier: 956/544-0869**

*/s/ Richard J. W. Nunez*

Richard J. W. Nunez

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Hon. Rene Gonzalez, assistant District Attorney with the Office of the Cameron County Dsitrict Attorney's Office, who indicated that this motion is unopposed.

*/s/ Richard J. W. Nunez*

Richard J. W. Nunez

TRANSC:/RJWN/LP/Garcia.MotExtTime.CCA.wpd